LAW LIBRARY

**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

NOS. 30228 and 30229

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JEAN R. KIKUMOTO
CLERK, APPELLATE COURTS
STATE OF HAWAIʻI

2010 APR 26 AM 8:43

FILED

NO. 30228
SCOTT S. MIKASA, Petitioner-Appellant, v.
STATE OF HAWAIʻI, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(S.P. NO. 09-1-0077)

and

NO. 30229
SCOTT S. MIKASA, Petitioner-Appellant, v.
STATE OF HAWAIʻI, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(S.P. NO. 09-1-0023)

ORDER
(By: Nakamura, C.J., Foley and Leonard, JJ.)

Upon consideration of Petitioner-Appellant Scott S. Mikasa's "Motion to Withdraw Case SC# 30288 and SC# 30229", which we construe as a motion to withdraw Appeal Nos. 30228 and 30229, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the motion is granted. Appeal Nos. 30228 and 30229 are dismissed.

DATED: Honolulu, Hawaiʻi, April 26, 2010.

Chief Judge

Associate Judge

Associate Judge